THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY RICARDO BROWN, | CASE NO. C19-1377-JCC |
| Plaintiff, | ORDER |
| v. | |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for appointment of guardian ad litem or, in the alternative, entry of default (Dkt. No. 27). The Court has thoroughly considered the motion and the relevant record and finds oral argument unnecessary.

Federal Rule of Civil Procedure 17(c) requires the court to appoint a guardian ad litem or issue other appropriate order to protect a minor or incompetent person who is unrepresented in an action. Local Civil Rule 17(c)(2) requires the appointment of a guardian ad litem for approval of a settlement involving an incompetent person. Defendant has alleged facts that, if true, raise a serious doubt as to third-party Defendant Dorothy Brown's competency. (*See* Dkt. No. 6 at 9–14, 27 at 3–5.) Furthermore, Defendant alleges that Ms. Brown likely has an interest in the funds in the bank account in question in this action. (*See id.*) Defendant's concerns are corroborated by third-party Plaintiff's Mario Roberson and Pamela Cremieux's allegations. (*See* Dkt. Nos. 25, 30.) Plaintiff has not responded to the motion.

Therefore, the Court FINDS that a guardian ad litem is necessary to represent the fiduciary and legal interests of Ms. Brown. The Court hereby GRANTS Defendant's motion for appointment of guardian ad litem for Ms. Brown. The Court ORDERS the parties to meet and confer and to submit to the Court three candidates for a guardian ad litem. These candidates must be suitable, disinterested persons with the requisite knowledge, training and expertise to perform the duties required to protect Ms. Brown's fiduciary and legal interests in this case. The parties are directed to submit the list of three candidates to the Court on or before February 22, 2020.

DATED this 7th day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1377-JCC
PAGE - 2