THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY RICARDO BROWN, | CASE NO. C19-1377-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JP MORGAN CHASE BANK NA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the court pursuant to Defendant JPMorgan Chase's motion for judgment on the pleadings (Dkt. No. 32). Defendant is hereby ORDERED to inform the Court as to the present balance of funds in the account at issue in this case. Defendant shall file this report no later than Friday, May 1, 2020.

DATED this 28th day of April 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1377-JCC
PAGE - 1