THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY RICARDO BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK NA,<br><br>　　　　　　　Defendant. | CASE NO. C19-1377-JCC<br><br>ORDER |

This matter comes before the Court pursuant to the Court's order granting Defendant's motion for judgment on the pleadings (Dkt. No. 32) and Defendant's status report on third-party Defendant Dorothy Brown's bank account as of May 1, 2020 (Dkt. No. 38). On April 28, 2020, the Court granted Defendant's interpleader action and ordered Defendant pay the funds remaining in Ms. Brown's Chase Total Checking Account with an account number ending in 5725, held jointly with Plaintiff Rodney Ricard Brown, into the court registry. (Dkt. No. 32 at 1, 5–6.) Defendant states that the balance in that account as of May 1, 2020, is $58,759.35. (Dkt. No. 38.) Therefore, Defendant is hereby ORDERED to pay $58,759.35 into the court registry.

//

//

//

//

ORDER
C19-1377-JCC
PAGE - 1

DATED this 6th day of May 2020.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE