THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY RICARDO BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK NA,<br><br>　　　　　Defendant,<br><br>　　v.<br><br>MARIO A. ROBERSON, WILLIAM MICHAEL BROWN, PAMELA CREMIEUX, and DOROTHY P. BROWN,<br><br>　　　　　Third-Party Defendants. | CASE NO. C19-1377-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　On July 19, 2021, Third-Party Defendant Dorothy Brown filed a motion to dismiss and to release the funds in the Court registry (Dkt. No. 47). Ms. Brown asks the Court to order that the interpleaded funds be released to Ms. Brown and indicates that "time is of the essence" because she needs the funds to pay her delinquent mortgage and halt the Trustee's Sale of her home

MINUTE ORDER
C19-1377-JCC
PAGE - 1

scheduled for August 20, 2021. (*Id.* at 5.)

This District's Local Rules require a party filing a motion to identify a noting date in the caption of the motion. *See* W.D. Wash. Local Civ. R. 7(b)(1). "The noting date is the date by which all briefing is complete and the matter is ready for the court's consideration." *Id.* A motion to dismiss must be noted for consideration on a date no earlier than the fourth Friday after filing and service of the motion. *See* W.D. Wash. Local Civ. R. 7(d)(3). However, if a motion to dismiss (or any other motion) is unopposed, the moving party may note the motion for consideration for the same day it is filed. *See* W.D. Wash. Local Civ. R. 7(d)(1). If the moving party omits a noting date or incorrectly notes a motion, the Court may renote it. *See* W.D. Wash. Local Civ. R. 7(d)(l). Because Ms. Brown did not identify a noting date in the caption of her motion or indicate the motion is unopposed, the Clerk noted Ms. Brown's motion for August 13, 2021 in accordance with Local Civil Rule 7(d)(3). This means that any nonmoving party who opposes Ms. Brown's motion must file an opposition brief by Monday, August 9, 2021. *See* W.D. Wash. Local Civ. R. 7(d)(3).

Because Ms. Brown may suffer irreparable harm if her motion is not decided as soon as possible, the Court ORDERS the nonmoving parties to notify the Court if they intend to oppose Ms. Brown's motion. Specifically, any nonmoving party who intends to oppose Ms. Brown's motion must file a document with the Court titled "Notice of Intent to Oppose" by Monday, August 2, 2021. If the Court does not receive any such notices by Monday, August 2, 2021, the Court will consider the motion unopposed and ready for the Court's consideration on Tuesday, August 3, 2021.

If Ms. Brown has conferred with the nonmoving parties and determined that the motion is unopposed, Ms. Brown should renote it as a same day motion for the Court's immediate consideration. *See* W.D. Wash. Local Civ. R. 7(d)(1), 7(l). The Clerk is DIRECTED to mail a copy of this order to Plaintiff/Third-Party Defendant Rodney Ricardo Brown and Third-Party Defendants Mario Roberson and Pamela Cremieux.

MINUTE ORDER
C19-1377-JCC
PAGE - 2

1     DATED this 26th day of July 2021.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Paula McNabb
                                          Deputy Clerk