THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY RICARDO BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK NA,<br><br>　　　　　　Defendant,<br><br>　　v.<br><br>MARIO A. ROBERSON, WILLIAM MICHAEL BROWN, PAMELA CREMIEUX, and DOROTHY P. BROWN,<br><br>　　　　　　Third-Party Defendants. | CASE NO. C19-1377-JCC<br><br>ORDER |

On August 10, 2021, the Court granted Third-Party Defendant Dorothy Brown's motion to release funds in the Court registry and Ms. Brown's counsel's motion for attorney fees and costs. (Dkt. No. 52 at 3.) The Court directed Ms. Brown and counsel to submit a document indicating to whom each check should be made payable and to what mailing address each check should be sent. (*Id.*) Having now received that information, the Court ORDERS that the Clerk is authorized and DIRECTED to draw checks on the funds deposited in the registry of this Court in the principal amount of $58,759.35, plus all accrued interest, minus any statutory user fees, as

follows:

1. The principal amount of $4,225.00, zero interest accrued, minus any statutory user fees, payable to Julie R. Sommer, and delivered via mail as follows:

   Julie R. Sommer
   701 Fifth Avenue, Suite 4640
   Seattle, WA 98104

2. The principal amount of $54,534.35, plus all accrued interest, minus any statutory user fees, payable to Dorothy P. Brown, and delivered via mail as follows:

   Dorothy P. Brown
   c/o Julie R. Sommer PLLC
   701 Fifth Avenue, Suite 4640
   Seattle, WA 98104

DATED this 11th day of August 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE